## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Lopez-Amaya v. Blanche _____ Docket No.: 26-1574 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Monica M. Twombly

Firm: U.S. Department of Justice, Office of Immigration Litigation

Address: P.O. Box 878, Ben Franklin Station

Telephone: (202) 532-4470 _____ Fax:

E-mail: Monica.M.Twombly@usdoj.gov

**Appearance for:** Todd Blanche, Acting United States Attorney General

(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Lisa M. Arnold, DOJ - Office of Immigration Litigation )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )

(name/firm)

☐ Additional counsel (co-counsel with: )

(name/firm)

☐ Amicus (in support of: )

(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Monica M. Twombly

Type or Print Name: Monica M. Twombly